UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH GANT,

        Plaintiff,                                Civil Action No. 12-cv-14721
                                                      HON. BERNARD A. FRIEDMAN
vs.                                             MAG. JUDGE LAURIE J. MICHELSON

GLORIA PETERSON,

        Defendant.
_____/

## MEMORANDUM OPINION AND ORDER

      This matter is before the Court on Magistrate Judge Laurie J. Michelson's Report and Recommendation ("R&R") dated September 5, 2013 [docket entry 19], in which she recommends that the Court grant defendant's motion to dismiss the complaint [docket entry 15]. Although plaintiff filed a motion denominated as a request for an extension of time to file an objection to the R&R [docket entry 20], the Court will construe the motion as an objection pursuant to Fed. R. Civ. P. 72(b)(2) because plaintiff fully addressed the merits of his position.

      Having had an opportunity to fully review this matter, the Court finds that the magistrate judge reached the correct conclusions for the proper reasons. While the complaint names Gloria Peterson as the sole party defendant in this matter, it is devoid of any allegations that she participated in the decision to terminate plaintiff more than thirteen years ago. Consequently, plaintiffs claims against defendant are without merit. See Gilmore v. Corr. Corp. of Am., 92 F. App'x 188, 190 (6th Cir. 2004); Frazier v. Michigan, 41 F. App'x 762, 764 (6th Cir. 2002).

      Accordingly,

IT IS ORDERED that Magistrate Judge Laurie J. Michelson's Report and Recommendation dated September 5, 2013, is hereby accepted and adopted.

IT IS FURTHER ORDERED that defendant's motion to dismiss the complaint is granted.

Dated: October 24, 2013  S/Bernard A. Friedman
Detroit, Michigan  BERNARD A. FRIEDMAN
SENIOR UNITED STATES DISTRICT JUDGE